UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JACQUELINE RAE HOUT-EVANS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV-25-39-BU-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that Judgment is entered as stated in the Courts Order E.C.F 13, signed and dated October 20, 2025 .

　Dated this 20th day of October, 2025

　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　By:　/s/ Athena Cobb
　　　　　　　　Deputy Clerk