UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

**JACQUELINE RAE HOUT-EVANS,**

        **Plaintiff,**        Civil No. 2:25-cv-00039-JTJ

-v-

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

-------------------------------------------------------------

Order Awarding Attorney's Fees pursuant
to the Equal Access to Justice Act, 28
U.S.C. § 2412(d)

    Before the Court is the Motion of Plaintiff, Jacqueline Rae Hout-Evans, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

    IT IS HEREBY ORDERED that **attorney fees** in the total amount of Eight Thousand Nine Hundred Forty-Seven Dollars and Forty-Eight Cents ($8,947.48) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Eric Rasmusson.

    Whether the check is made payable to Plaintiff or to Eric Rasmusson, the check shall be mailed to Eric Rasmusson at the following address:

    Olinsky Law Group
    250 South Clinton Street, Suite 210
    Syracuse, NY 13202

So ordered.

DATED this 6th day of January 2026.

/s/ John Johnston
John Johnston
United States Magistrate Judge